## JANUARY TERM, 1896.

JOHN STANLEY V. WILLIAM A. ANDERSON ET AL.

JUDGMENT—AGAINST SURETY IN BOND GIVEN AS A CONDITION TO A STAY OF PROCEEDINGS PENDING SETTLEMENT OF BILL OF EXCEPTIONS.

Motion by appellee for the entry of judgment in the Supreme Court against surety after the affirmance of the judgment appealed from. Granted.

*E. L. Gray and Jay P. Lee*, for motion.

*W. D. Fuller, contra.*

The facts as shown by the record in the case and a certified copy of said bond filed in support of the motion were:

*a*—That on October 4, 1894, the defendant Anderson, against whom, as also his sureties on appeal from justice's court, a judgment had been entered, filed with the clerk of the circuit court for the county of Newaygo a bond under 3 How. Stat. § 7621c—7621f, with James H. Darling as surety, as a condition to a stay of proceedings on said judgment pending a motion for a new trial, or the settlement of a bill of exceptions in the case; that said bond was conditioned as required by How. Stat. § 8679, in case of the filing of a *supersedeas* bond on taking out a writ of error.

*b*—That on August 7, 1895, a writ of error was sued out by said Anderson, and such proceedings were thereafter had as resulted in the affirmance on December 10, 1895, of said judgment.

*c*—That the bond so given as aforesaid or a copy thereof was not certified to the Supreme Court as a part of the record in the case.

*d*—That at the January, 1896, term of Court, this motion was made; that the same was based upon the files and records in the case and a certified copy of said bond filed in support of said motion.